IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CIVIL ACTION
LESLIE C. ATKINS :
: NO. 17-5048

## ORDER

AND NOW, this 20th day of April 2018, applying our standard of review to the appeal from Chief Judge Frank's November 7, 2017 Order and considering the briefing (ECF Doc. Nos. 7, 8) and bankruptcy record (ECF Doc. No. 4), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **AFFIRM** the well-reasoned November 7, 2017 Order of Chief Judge Frank of the United States Bankruptcy Court; and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.